

FILED

12/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

IN RE PETITION OF JOSEPH WILLIAM FRICK
FOR REINSTATEMENT TO ACTIVE STATUS
IN THE BAR OF MONTANA



ORDER

Joseph William Frick has petitioned for reinstatement to active status in the State Bar of Montana. Frick was placed on inactive status for failing to comply with the Rules for Continuing Legal Education for the reporting year ending March 31, 2022. In accordance with Rule 13 of the CLE Rules, Frick has provided a letter from the State Bar certifying that he has now completed all CLE requirements for that reporting year.

The Petition indicates that Frick was placed on inactive status in Kansas and North Dakota, also for non-compliance with CLE requirements. Frick states that he is actively seeking reinstatement in those jurisdictions as well.

The Petition further indicates Frick is not currently suspended from the practice of law in another jurisdiction, has not been charged with a criminal offense, accrued delinquent debt or filed for bankruptcy, failed to fulfill the obligations of a public office or professional license, or committed any violations of the Rules of Professional Conduct while on inactive status. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Joseph William Frick for reinstatement to active status in the State Bar of Montana is GRANTED.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 20 day of December, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices